

EXHIBIT 1

(POLICE REPORT)

## LIVERMORE POLICE DEPARTMENT
1110 S LIVERMORE AV · LIVERMORE, CA 94550 · 925-371-4900
### CRIME REPORT

Page 1
Case 17-1352

### OFFENSES

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|---|
| 273.6(A) PC | Violate Court Ord;Prevnt Dom Viol | Misd | 02/27/2017 | 1730 | 1702280106 |

Date Reported: 02/28/2017　Time Reported: 1611

Related Cases:

Date Printed: 03/03/2017　Time Printed: 08:23:58　Printed By: L309

Latitude: 37.694730　Longitude: -121.750370

Location: 4006 Loch Lomand Wy, Livermore, CA
Beat: A　Area: A600　Disposition: Closed　Dispo Date: 03/01/2017

Location Type: House
Location of Entry:　Method of Entry:　Point of Entry:　Alarm System:　Means of Attack (Robbery):

### Reporting Party
Declue, Valerie Ann
Drivers License: N7406114 CA
Cell Phone: 925-642-4942
Email:
Residence Address: 4006 Loch Lomand Wy, Livermore, CA 94551
Notified of Victim Rights:
Residence Phone:
DOB: 01/01/1961　Age: 56　Sex: F　Race: W
Business Name and Address:
Business Phone:
Height: 5'4"　Wt: 150　Hair: BRO　Eyes: BRO

Assistance Rendered/Victim Disposition:
Transporting Agency:　Means of Attack (Assault):
Description of Injuries:
Other Information:

### Other
Calderon, Steve
Drivers License:
Cell Phone: 925-202-5488
Email:
Residence Address:
Residence Phone:　DOB:　Age:　Sex:　Race:
Business Name and Address:
Business Phone:
Height:　Wt:　Hair:　Eyes:

### Suspect
Declue, Alan
Action Taken:
Charges: 273.6(A) PC
Residence Address: 4006 Loch Lomand Wy, Livermore, CA 94551
Residence Phone: 925-679-9140
DOB: 01/25/1963　Age: 54　Sex: M　Race: W
Business Name and Address:
Business Phone:
Height: 5'7"　Wt: 140　Hair: BLN　Eyes: BLU
Identifying Features:
Cell Phone: 925-449-4789
Drivers License: N9814580 CA
Arrest Number:
Aliases:

### VEHICLES
Status:　Vehicle Make and Model:　License/State:　Vehicle Type:

### OFFICERS
Prepared By: F571 - Ford, Tim #57　Date: 02/28/2017
Assisted By:
Approved By: P211 - Plute #990, Marc　Date: 03/01/2017
Routed To:　Date:　Routed To:　Date:　Notes:

**CONTROLLED DOCUMENT - DO NOT DUPLICATE**

# LIVERMORE POLICE DEPARTMENT
1110 S LIVERMORE AV · LIVERMORE, CA 94550 · 925-371-4900
## CRIME REPORT

Page 2
Case 17-1352

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Other** Decluc, Danica Alyssa | Drivers License | Cell Phone 925-642-4942 | Email | | | | |
| Residence Address 4006 Loch Lomand Wy, Livermore, CA 94550 | | Residence Phone | DOB 12/20/2011 | Age 5 | Sex F | Race | |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes | |
| **Other** Renshaw, Brianna Lynn | Drivers License D6474567 CA | Cell Phone 925-642-4943 | Email | | | | |
| Residence Address 4006 Loch Lomand Wy, Livermore, CA 94550 | | Residence Phone 925-642-4943 | DOB 12/22/1987 | Age 29 | Sex F | Race W | |
| Business Name and Address Devine Skin & Body Care, 87 W Neal St, Pleasanton, CA 94566 | | Business Phone | Height 5'8" | Wt 145 | Hair BRO | Eyes HAZ | |
| **Other** Renshaw, Erin Marie | Drivers License | Cell Phone 925-759-2839 | Email | | | | |
| Residence Address 3008 School St, Oakland, CA 94602 | | Residence Phone | DOB 03/02/1986 | Age 30 | Sex F | Race | |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes | |

CONTROLLED DOCUMENT - DO NOT DUPLICATE

**LIVERMORE POLICE DEPARTMENT**
1110 S LIVERMORE AV · LIVERMORE, CA 94550 · 925-371-4900
CRIME REPORT - PROPERTY

Page 3
17-1352

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Digital Evidence | F571 - 1 Pvrs | | | |
| 2 | Evidence | F571 - 1 Red Card - VALENTINES DAY CARD ADDRESSED TO VALERIE AND DANICA | | | |
| 3 | Evidence | F571 - 1 Letter - HAND WRITTEN LETTER BY UNKNOWN SUBJECT, W/ ENVELOPE | | | |

CONTROLLED DOCUMENT - DO NOT DUPLICATE

|  LIVERMORE POLICE DEPARTMENT<br>1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900<br>NARRATIVE | Page 4<br>17-1352 |
|---|---|

*This incident was recorded on my PVRS and later uploaded to Evidence.com*

Relationships:

Valerie Ann DeClue and Alan Keith DeClue have been married for approximately 9 1/2 years but are currently going through the divorce process. They have one child in common, Danica Alyssa DeClue (5 years old).

Valerie Ann DeClue is the mother of Erin Marie Renshaw and Briana Lynn Renshaw from a previous marriage.

*For ease of reading, the aforementioned subjects will be referred to by their first names throughout this report*

Narrative:

On 2-28-17, at approximately 1611 hours, I was dispatched to the Livermore Police Department for a report of a domestic violence restraining order violation. Upon my arrival, I contacted the reporting party, Valerie Ann DeClue, and I verified her identity via her California driver's license. Valerie told me the following in summary:

On approximately 1-21-17, Valerie and Alan were involved in a domestic violence incident and as a result, Valerie was arrested for domestic battery (case # 17-526). Valerie informed me the District Attorney later dismissed the charges for an unknown reason.

On 1-31-17, Valerie went to the court house and obtained a temporary restraining order against her husband (Alan). On 2-1-17, Alan was successfully served with the temporary restraining order. On 2-23-17, Valerie and Alan went to court together and the temporary restraining order was extended 90 days and will expire on 5-26-17. The protected person(s) in this temporary restraining order are Valerie DeClue, Erin Renshaw, and Briana Renshaw. Alan DeClue is the restrained party in the temporary restraining order.

The temporary restraining order states, "The restrained person must not contact, molest, attack, strike, threaten, sexually assault, batter, telephone, send any messages to, follow, or disturb the peace of the protected person(s)."

Valerie brought in her copy of the temporary restraining order. The order appeared valid and was signed by a judge. I requested dispatch conduct a records check and they confirmed Valerie had a served temporary restraining order against Alan. I have attached a copy of the temporary restraining order to this report.

On 2-27-17, at approximately 1730 hours, Danica retrieved the mail with her mother (Valerie) at their residence (4006 Loch Lomand Way). Located in the mail was a letter address to "To whom it may concern." Valerie opened the letter and observed a photocopied hand written letter, written in her husband's hand writing. The letter expressed the financial troubles of

CONTROLLED DOCUMENT – DO NOT DUPLICATE

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| F571   FORD, TIM #57 | 03/01/2017 | P211   PLUTE #990, MARC | 03/01/2017 |



**LIVERMORE POLICE DEPARTMENT**
1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900
NARRATIVE

Page 5
17-1352

getting divorced and stated Valerie should not divorce Alan, but they should live at separate addresses. Located in the letter was Erin and Briana's current address (3008 School Street Oakland, Ca 94602) that Valerie said was kept a secret from Alan in case she needed a place to hide. The letter did not contain a signature or any indication of who wrote the letter.

Valerie gave me a copy of two sperate hand written letters from Alan. I looked over the two letters and compared them to the letter Valerie received on 2-27-17. The hand writing looked very consistent with Alan's older letters. While comparing the three hand written letters, I observed several individual letters such as V, B, R, and L all appeared to be written by the same subject. I have attached the two hand written letters to this report. I booked the letter and envelope Valerie received on 2-27-17 at the station's evidence locker.

Valerie is very confident Alan wrote the letter she received on 2-27-17 and requests prosecution for violating the temporary restraining order.

Valerie also informed me on approximately 2-13-17, a mutual friend of Valerie and Alan's (Steve Calderon) brought over a stuffed bear, candy, balloons, and a Valentine's Day card on Alan's behalf. Valerie stated the bear, candy, and balloons were for their daughter Danica, but the Valentine's Day card was addressed to both Valerie and Danica. Inside of the card was a hand written note that read, "Thank you from Alan," and located under the print, "Happy Valentine's Day" was Valerie and Danica's hand written names.

Valerie stated the initial temporary restraining order was in place at this time but she did not file a police report because she didn't think it was that big of a deal and she knew most of the items from Alan were for Danica. I booked the Valentine's Day card as evidence at the station's evidence locker.

I gave Valerie my business card containing the case number. I explained to Valerie I would author a report and forward it to the District Attorney for review. Valerie told me she understood and I ended my contact with her a short time later.

I called Alan using the telephone number Valerie provided me and Alan told me the following in summary:

Alan knows the temporary restraining order is in effect. Alan knows the temporary restraining order is a no contact order. Alan denied writing and mailing the letter Valerie received on 2-27-17. Alan does not know who wrote the letter but stated it could be a mutual friend.

Alan admitted giving a mutual friend (Steve Calderon) a stuffed bear, chocolates, and a Valentine's Day card to give to Danica. Alan also admitted he addressed the Valentine's Day card to Valerie and signed her name at the bottom of the card. Alan did not think this was a violation of the restraining order.

I gave Alan the case number and told him I would be writing a report and forwarding it to the

CONTROLLED DOCUMENT - DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| P571 | FORD, TIM #57 | 03/01/2017 | P211 | PLUTE #990, MARC | 03/01/2017 |



**LIVERMORE POLICE DEPARTMENT**
1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900
NARRATIVE

Page 6
17-1352

District Attorney for review. I ended my contact with Alan a short time later.

Disposition:

I request the District Attorney review this report and consider charging Alan Keith DeClue with the crime 273.6(a) PC.

CONTROLLED DOCUMENT - DO NOT DUPLICATE

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| F571   FORD, TIM #57 | 03/01/2017 | P211   PLUTE #990, MARC | 03/01/2017 |

# LIVERMORE POLICE DEPARTMENT

1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900

## CRIME REPORT

Page 1
Case 17-1530

## OFFENSES

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|---|
| 273.6(A) PC | Violate Court Ord:Prevnt Dom Viol | Misd | 03/09/2017 | 0930 | 1703090097 |

| Date Reported | Time Reported |
|---|---|
| 03/09/2017 | 1317 |

Related Cases

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 04/07/2017 | 12:30:39 | M270 |

| Latitude | Longitude |
|---|---|
| 37.694730 | -121.750370 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| 4006 Loch Lomand Wy, Livermore, CA | A | A600 | Closed | 03/11/2017 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| House | | | | | |

**Victim and RP:** Declue, Valerie Ann
**Drivers License:** N7406114 CA
**Cell Phone:** 925-642-4942
**Email:**

**Residence Address:** 4006 Loch Lomand Wy, Livermore, CA 94551
**Notified of Victim Rights:** No
**Residence Phone:**
**DOB:** 01/01/1961   **Age:** 56   **Sex:** F   **Race:** W

**Business Name and Address:**
**Business Phone:**
**Height:** 5'4"   **Wt:** 150   **Hair:** BRO   **Eyes:** BRO

Assistance Rendered/Victim Disposition
Transporting Agency
Means of Attack (Assaults)

Description of Injuries
Other Information

**Witness:** Gamble, Larry
**Drivers License:**
**Cell Phone:**
**Email:**

**Residence Address:**
**Residence Phone:** 925-216-6645
**DOB:**   **Age:**   **Sex:**   **Race:**

**Business Name and Address:**
**Business Phone:**
**Height:**   **Wt:**   **Hair:**   **Eyes:**

**Suspect:** Declue, Alan
**Action Taken:**
**Charges:** 273.6(A) PC

**Residence Address:** 4006 Loch Lomand Wy, Livermore, CA 94551
**Residence Phone:** 925-679-9140
**DOB:**   **Age:** 54   **Sex:** M   **Race:** W

**Business Name and Address:**
**Business Phone:**
**Height:** 5'7"   **Wt:** 140   **Hair:** BLN   **Eyes:** BLU

**Identifying Features:**
**Cell Phone:** 925-449-4789
**Drivers License:**
**Arrest Number:**
Vxt Damaged

Aliases

## VEHICLES

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

## OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| M503 - Messina #58, Max | 03/09/2017 | | G371 - Goard #1000, Steven | 03/11/2017 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| | | | | |

**CONTROLLED DOCUMENT - DO NOT DUPLICATE**

Exhibit F

Legal Tabs Co. 1-800-322-3022

Recycled Stock # R-EXA-10-B

| | LIVERMORE POLICE DEPARTMENT | Page 2 |
|---|---|---|
| | 1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900 | Case |
| | CRIME REPORT | 17-1530 |

| Witness | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| Hill, Aaron | | | | | | |
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| 1119 Alison Ci, Livermore, CA | | 925-699-4449 | | 53 | M | |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |

| Other | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| Decluc, Danica Alyssa | | 925-642-4942 | | | | |
| Residence Address | | Residence Phone | DOB | Age | Sex | Race |
| 4006 Loch Lomand Wy, Livermore, CA 94550 | | | | | | |
| Business Name and Address | | Business Phone | Height | Wt | Hair | Eyes |

**CONTROLLED DOCUMENT - DO NOT DUPLICATE**

| | | LIVERMORE POLICE DEPARTMENT | | | Page 3 |
| | | 1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900 | | | |
| | | CRIME REPORT - PROPERTY | | | 17-1530 |

| ID No. | Status/Disposition | Property-Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Digital Evidence | M503 - 1 Pvts - PVRS AUDIO/VIDEO | | | |

**CONTROLLED DOCUMENT - DO NOT DUPLICATE**



| LIVERMORE POLICE DEPARTMENT | Page 4 |
|---|---|
| 1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900  NARRATIVE | 17-1530 |

**EVIDENCE:**

- All conversations with individuals mentioned in this report were conducted while my issued PVRS audio/video recorder was activated. All recordings were later uploaded into Evidence.com.
- Print out of a text message sent from Larry Gamble's cell phone to Valerie Declue's cell phone.

**NARRATIVE:**

On 03/09/17, about 1330 hours, I was working as a uniformed officer in a marked patrol vehicle when I was detailed this call for service. Valerie Declue was at LPD to report a 273.6 PC Court Order violation. I responded to LPD and spoke with her regarding this case.

**INTERVIEW WITH VALERIE DECLUE:**

Valerie and Alan are married, share custody of a 4 year old daughter (Danica), have recently separated and both have filed for divorce. On or about 01/21/17, Valerie was arrested for 273.5 PC (Case #17-526) for assaulting her estranged husband Alan Declue. According to Valerie, no charges were filed by the district attorney's office. In turn, on 02/23/17, Valerie applied for and was granted a DV order protecting her, along with their 4 year old daughter Danica, from Alan. I reviewed the copy of the DV order and determined it was valid. LPD dispatch also confirmed the order was valid. (A CLETS copy of the DV order was attached to this report)

On this day, Valerie came to the PD to report a violation by Alan of the DV order. Valerie stated she had received several text messages from Aaron Hill, a mutual friend of her and Alan's who is also a real estate agent, regarding going over to the residence and ascertaining the approximate value of the home for sale. The text messages and subsequent phone conversations occurred over a span of 3 weeks. On or about 03/06/17, Valerie determined Aaron was being used by Alan to contact her, a violation of the restraining order. Valerie told me that at no time did she make any statements to Aaron that she wished to sell the home. On 03/06/17, she texted and eventually left a message for Aaron to stop contacting her because she believed Alan was using Aaron to harass her.

Valerie showed me the text conversations she had with Aaron regarding him coming to the house for an appraisal. It was very clear to me when I read this text message thread that the only intent Aaron had was to look at the residence and give both parties an estimate of the value of the home. At no time in the text

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| M503   MESSINA #58, MAX | 03/10/2017 | G371   GOARD #1000, STEVEN | 03/11/2017 |

CONTROLLED DOCUMENT - DO NOT DUPLICATE



| LIVERMORE POLICE DEPARTMENT | Page 5 |
|---|---|
| 1110 S LIVERMORE AV  LIVERMORE, CA 94550  925-371-4900  NARRATIVE | 17-1530 |

message thread, until the last message, did Valerie tell Aaron that she did not want him contacting her regarding the appraisal and she made no statements saying she was not interested in selling the home.

I did not believe that Alan was using Aaron as a third party in violation of the DV order named above. Valerie became visibly upset and became confrontational with me, inferring that I was not doing my job and that Alan was clearly in violation of the DV order.

Valerie then stated a second mutual friend, Larry Gamble, had contacted her via text message earlier the morning of 03/09/17. Larry messaged her stating that Alan asked him to contact her regarding a car seat for Danica (Alan and Valerie's child they have in common). The message stated if it was possible for Valerie to place the car seat located in the garage at the home on the front porch of the residence so Alan can come by and pick it up later today or tomorrow. Alan was scheduled, per a court order, to pick up Danica from daycare and spend time with her. Valerie confirmed that there was a court order allowing Danica to visit with Alan on the date mentioned (Note: This is in conflict with the DV order issued on 02/23/17 which stated Danica is a protected party from Alan).

Based on the text message allegedly sent by Larry, this incident is a violation of the DV order. Valerie took a screen shot of the text message mentioned above and emailed it to me. I printed out the email showing the screenshot and later booked it into evidence at LPD.

INTERVIEW WITH AARON HILL:

On 03/10/17, about 0830 hours, I spoke with Aaron via telephone. I asked Aaron if he had a conversation with Valerie regarding the home she owns with Alan. Aaron told me he had been friends with both Valerie and Alan for about 5 years. He knew they were in the process of getting a divorce and that there was a restraining order against Alan. About 3 weeks ago Alan spoke to him regarding the value of the home. Aaron stated he would be happy to conduct a walk through of the residence and give an estimated sale value so Alan and Valerie would have an idea of the value of the home. He contacted Valerie via text explaining what he had spoken to Alan about. Over the period of three weeks until about 03/06/17, Aaron attempted to make arrangements to go to the residence and conduct the walk through. Valerie made several statements that she was unavailable but it was very clear to him that she was well aware of his intent to conduct the walk through to give both parties an estimate of the value of the residence. On or about 03/06/17, Aaron received a text message and subsequent

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| M503   MESSINA #58, MAX | 03/10/2017 | G371   GOARD #1000, STEVEN | 03/11/2017 |

CONTROLLED DOCUMENT - DO NOT DUPLICATE



| LIVERMORE POLICE DEPARTMENT | Page 6 |
|---|---|
| 1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900<br>NARRATIVE | 17-1530 |

voicemail from Valerie stating that she was not interested in selling the home, that she believed Alan was using Aaron to contact her, and that she did not wish to have any further contact with Aaron. Aaron told me when he received the messages he was confused because he was under the impression both parties wanted the appraisal. Aaron had not contacted her since the messages were left.

### INTERVIEW WITH LARRY GAMBLE:

I spoke with Larry via telephone on 03/09/17 about 1500 hours. I informed Larry of the investigation to which he replied, "don't you people have anything better to do." Larry was confrontational and uncooperative. I asked if he sent a text message to Valerie at the request of Alan regarding obtaining the baby seat. Larry stated he was asked by Alan to contact Valerie regarding the seat. As I continued to ask questions regarding the contact, Larry became more uncooperative. When I asked him to give me his personal information for my report he refused and we terminated the conversation.

### INTERVIEW WITH ALAN DECLUE:

On 03/10/17, I spoke with Alan via telephone. I asked him if he had spoken with Larry and asked him to message Valerie regarding the car seat for Danica. Alan stated he had mentioned the fact the baby seat was in the garage to Larry but at no time did he ask Larry to contact Valerie on his behalf. I informed him that the text message I saw on Valerie's cell phone from Larry said that Allan had asked Larry to contact Valerie regarding the car seat. Allan did not reply. I reminded him he was to have no contact with Valerie or Danica per the DV court order and explained to him that the DV order and the child visitation order were conflicting. Allan understood and stated he would contact his attorney.

Based on the statements from subjects mentioned in this case and evidence mentioned in this report, I believe Allan violated the DV court order in effect.

### NOTE:

Based on the information provided by Valerie and statements made to me by her and Alan, the DV order and the child custody order contradict each other and have the potential to cause either or both parties to

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| M503 | MESSINA #58, MAX | 03/10/2017 | G371 | GOARD #1000, STEVEN | 03/11/2017 |

CONTROLLED DOCUMENT - DO NOT DUPLICATE



| LIVERMORE POLICE DEPARTMENT | Page 7 |
|---|---|
| 1110 S LIVERMORE AV   LIVERMORE, CA 94550   925-371-4900 NARRATIVE | 17-1530 |

*unintentionally violate the order.*

**CASE STATUS:**

Case closed. Forward to district attorney's office for review.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| M503   MESSINA #58, MAX | 03/10/2017 | G371   GOARD #1000, STEVEN | 03/11/2017 |

CONTROLLED DOCUMENT - DO NOT DUPLICATE