

# EXHIBIT 2

# (UNCONSTITUTIONAL ORDERS)


*14335597*

| **DV-130** | **Restraining Order After Hearing**<br>**(Order of Protection)** |
|---|---|

Clerk stamps date here when form is filed.

ENDORSED
FILED
ALAMEDA COUNTY

SEP 29 2017

CLERK OF THE SUPERIOR COURT
By: GWEN BROOKS SWOPE, Deputy

☒ **Original Order**   ☐ **Amended Order**

**① Name of Protected Person:**
Valerie Ann De Clue

Your lawyer in this case *(if you have one):*
Name: Cynthia Campanile          State Bar No.: 103094
Firm Name: Law Office of Cynthia Campanile
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 7033 Village Parkway, Suite 201
City: Dublin          State: CA          Zip: 94568
Telephone: 925-829-2693          Fax:
E-Mail Address:

*Fill in court name and street address:*
Superior Court of California, County of Alameda
24405 Amador Street
Hayward, CA. 94544

*Clerk fills in case number when form is filed.*
**Case Number:**
HF17848891

**② Name of Restrained Person:**
Alan Keith De Clue

**Description of restrained person:**
Sex: ☒ M ☐ F   Height: 5'7"   Weight: 125   Hair Color: Blonde   Eye Color: Blue
Race: Caucasian                          Age: 54   Date of Birth: January 25, 1963
Mailing Address *(if known):* 4006 Loch Lomand Way
City: Livermore                          State: CA          Zip: 94551
Relationship to protected person: Husband

**③ ☒ Additional Protected Persons**
In addition to the person named in ①, the following persons are protected by orders as indicated in items ⑥ and ⑦ *(family or household members):*

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| Danica Alyssa De Clue | Daughter | F | 5 |
| Erin Renshaw | Daughter (prior marriage) | F | 30 |
| Briana Renshaw | Daughter (prior marriage) | F | 29 |

☐ Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-130, Additional Protected Persons," *as a title.*

**④ Expiration Date**
The orders, except as noted below, end on
*(date):* 9/29/2020          *at (time):*          ☐ a.m. ☐ p.m. or ☒ midnight

- *If no date is written, the restraining order ends three years after the date of the hearing in item ⑤ (a).*
- *If no time is written, the restraining order ends at midnight on the expiration date.*
- *Note: Custody, visitation, child support, and spousal support orders remain in effect after the restraining order ends. Custody, visitation, and child support orders usually end when the child is 18.*
- **The court orders are on pages 2, 3, 4, and 5 and attachment pages (if any).**

**This order complies with VAWA and shall be enforced throughout the United States. See page 5.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq. Approved by DOJ

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 1 of 7
→

Case Number:

**⑤ Hearings**

   a. The hearing was on *(date):* 09/29/2017 with *(name of judicial officer):* Commissioner Clay

   b. These people were at the hearing *(check all that apply):*

      ☒ The person in ①    ☐ The lawyer for the person in ①*(name):* Cynthia Campanile

      ☒ The person in ②    ☐ The lawyer for the person in ②*(name):* Meagan Oliver

   c. The people in ① and ② **must return to Dept.** 510 of the court on (date): 12/12/17
      at *(time):* 1:30 ☐ a.m. ☒ p.m. to review *(specify issues):* status conference

---

### To the person in ② :

The court has granted the orders checked below. Item ⑨ is also an order. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**⑥ ☒ Personal Conduct Orders**

   a. The person in ② must **not** do the following things to the protected people in ① and ③ :

      ☒ Harass, attack, strike, threaten, assault *(sexually or otherwise)*, hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate *(on the Internet, electronically or otherwise)*, or block movements.

      ☒ Contact, either directly or indirectly, by any means, including, but not limited to, by telephone, mail, e-mail, or other electronic means.

      ☐ Take any action, directly or through others, to obtain the addresses or locations of any protected persons. *(If this item is not checked, the court has found good cause not to make this order.)*

   b. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.

   c. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**⑦ ☒ Stay-Away Order**

   a. The person in ② **must** stay at least *(specify):* 100 yards away from *(check all that apply):*

      ☒ The person in ①    ☐ School of person in ①

      ☒ Home of person in ①    ☒ The persons in ③

      ☒ The job or workplace of person in ①    ☒ The child(ren)'s school or child care

      ☒ Vehicle of person in ①    ☐ Other *(specify):* _____

   b. ☒ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**⑧ ☒ Move-Out Order**

The person in ② must move out immediately from *(address):* 4006 Loch Lomond Way, Livermore CA

**⑨ No Guns or Other Firearms or Ammunition**

   a. The person in ② cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

---

### This is a Court Order.

| Case Number: |
|---|
|  |

**(9)** b. | The person in **(2)** must:
- Sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms within his or her immediate possession or control. Do so within 24 hours of being served with this order.
- Within 48 hours of receiving this order, file with the court a receipt that proves guns have been turned in, sold, or stored. *(Form DV-800, Proof of Firearms Turned In, Sold, or Stored,* may be used for the receipt.) Bring a court filed copy to the hearing.

c. ☐ The court has received information that the person in **(2)** owns or possesses a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Family Code section 6389(h). Under California law, the person in **(2)** is not required to relinquish this firearm *(specify make, model, and serial number of firearm):* _____
The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the person in **(2)** may be subject to federal prosecution for possessing or controlling a firearm.

**(10)** ☐ **Record Unlawful Communications**
The person in **(1)** has the right to record communications made by the person in **(2)** that violate the judge's orders.

**(11)** ☒ **Care of Animals**
The person in **(1)** is given the sole possession, care, and control of the animals listed below. The person in **(2)** must stay at least ___100___ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals: Zippy_____

**(12)** ☒ **Child Custody and Visitation**
Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order* or *(specify other form):* MC-025_____

**(13)** ☐ **Child Support**
Child support is ordered on the attached Form FL-342, *Child Support Information and Order Attachment* or *(specify other form):* _____

**(14)** ☒ **Property Control**
Only the person in **(1)** can use, control, and possess the following property: 4006 Loch Lomond Way,_____
Livermore, CA._____

**(15)** ☐ **Debt Payment**
The person in **(2)** must make these payments until this order ends:

| Pay to: | For: | Amount: $ | Due date: |
|---|---|---|---|
| Pay to: | For: | Amount: $ | Due date: |
| Pay to: | For: | Amount: $ | Due date: |

☐ *Check here if more payments are ordered. List them on an attached sheet of paper and write "DV-130, Debt Payments" as a title.*

**(16)** ☒ **Property Restraint**
The ☒ person in **(1)**   ☒ person in **(2)**   must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, the person must notify the other of any new or big expenses and explain them to the court. *(The person in **(2)** cannot contact the person in **(1)** if the court has made a "No-Contact" order.)*
Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

> **Case Number:**

(17) ☐ **Spousal Support**
Spousal support is ordered on the attached Form FL-343, *Spousal, Partner, or Family Support Order Attachment* or *(specify other form):* _____

(18) ☐ **Rights to Mobile Device and Wireless Phone Account**

   a. ☐ **Property Control of Mobile Device and Wireless Phone Account**
Only the person in ① can use, control, and possess the following property:
Mobile device *(describe)* _____ and account *(phone number):* _____
Mobile device *(describe)* _____ and account *(phone number):* _____
☐ *Check here if you need more space. Attach a sheet of paper and write "DV-130 Rights to Mobile Device and Wireless Phone Account" as a title.*

   b. ☐ **Debt Payment**
The person in ② must make these payments until this order ends:
Pay to *(wireless service provider):* _____ Amount: $ _____ Due date: _____

   c. ☐ **Transfer of Wireless Phone Account**
The court has made an order transferring one or more wireless service accounts from the person in ② to the person in ①. These orders are contained in a separate order (Form DV-900).

(19) ☐ **Insurance**
☐ The person in ①  ☐ the person in ② is ordered NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties, or their child(ren), if any, for whom support may be ordered, or both.

(20) ☐ **Lawyer's Fees and Costs**
The person in ② must pay the following lawyer's fees and costs:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(21) ☐ **Payments for Costs and Services**
The person in ② must pay the following:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
☐ *Check here if more payments are ordered. List them on an attached sheet of paper and write "DV-130, Payments for Costs and  Services" as a title.*

(22) ☐ **Batterer Intervention Program**
The person in ② must go to and pay for a 52-week batterer intervention program and show written proof of completion to the court. This program must be approved by the probation department under Penal Code § 1203.097. The person in ② must enroll by *(date):* _____ or if no date is listed, must enroll within 30 days after the order is made. The person in ② must complete, file and serve Form 805, Proof of Enrollment for Batterer Intervention Program.

(23) ☐ **Other Orders**
Other orders *(specify):* _____
_____
_____

(24) **No Fee to Serve (Notify) Restrained Person**
If the sheriff or marshal serves this order, he or she will do it for free.

**This is a Court Order.**

Revised July 1, 2016     **Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**     DV-130, Page 4 of 7
→

Case Number:

(25) **Service**

a. ☒ The people in ① and ② were at the hearing or agreed in writing to this order. No other proof of service is needed.

b. ☐ The person in ① was at the hearing on the request for original orders. The person in ② was not present.

    (1) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are the same as in Form DV-110 except for the end date. The person in ② must be served. This order can be served by mail.

    (2) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are different from the orders in Form DV-110. Form DV-110 was not issued. The person in ② must be personally "served" (given) a copy of this order.

c. ☐ Proof of service of Form FL-300 to modify the orders in Form DV-130 was presented to the court.

    (1) ☐ The people in ① and ② were at the hearing or agreed in writing to this order. No other proof of service is needed.

    (2) ☐ The person in ☐ ① ☐ ② was not at the hearing and must be personally "served" (given) a copy of this amended order.

(26) ☒ **Criminal Protective Order**

a. ☐ Form CR-160, *Criminal Protective Order—Domestic Violence*, is in effect.
    Case Number: _____ County: _____ Expiration Date: _____

b. ☐ Other Criminal Protective Order in effect *(specify):* _____
    Case Number: _____ County: _____ Expiration Date: _____

    *(List other orders on an attached sheet of paper. Write "DV-130, Other Criminal Protective Orders" as a title.)*

c. ☒ No information has been provided to the judge about a criminal protective order.

(27) ☒ **Attached pages are orders.**

- Number of pages attached to this seven-page form: 4 _____
- All of the attached pages are part of this order.
- Attachments include *(check all that apply):*
    ☒ DV-140 ☐ DV-145 ☒ DV-150 ☐ FL-342 ☐ FL-343 ☐ DV-900
    ☒ Other *(specify):* MC-025 _____

Date: 9 - 29 - 17 _____     *Jason Cley*
                                             *Judge (or Judicial Officer)*

### Certificate of Compliance With VAWA

This restraining (protective) order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

**This is a Court Order.**

Revised July 1, 2016       **Restraining Order After Hearing (CLETS—OAH)**      DV-130, Page 5 of 7
                               **(Order of Protection)**                    →
                            **(Domestic Violence Prevention)**

| Case Number: |
|---|
|  |

## Warnings and Notices to the Restrained Person in ❷

**If you do not obey this order, you can be arrested and charged with a crime.**

- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

### You cannot have guns, firearms, and/or ammunition.



You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. Unless the court grants an exemption, you must sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect. Even if exempt under California law, you may be subject to federal prosecution for possessing or controlling a firearm.

## Instructions for Law Enforcement

### Start Date and End Date of Orders

The orders *start* on the earlier of the following dates:

- The hearing date in item ⑤ (a) on page 2, or
- The date next to the judge's signature on this page.

The orders *end* on the expiration date in item ④ on page 1. If no date is listed, they end three years from the hearing date.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

### Notice/Proof of Service

Law enforcement must first determine if the restrained person had notice of the orders. If notice cannot be verified, the restrained person must be advised of the terms of the orders. If the restrained person then fails to obey the orders, the officer must enforce them. (Fam. Code, § 6383.)

Consider the restrained person "served" (notified) if:

- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer. (Fam. Code, § 6383; Pen. Code, § 836(c)(2).) An officer can obtain information about the contents of the order in the Domestic Violence Restraining Order System (DVROS). (Fam. Code, § 6381(b)-(c).)

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

## This is a Court Order.

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

Case Number:

## Child Custody and Visitation

The custody and visitation orders are on Form DV-140, items ③ and ④. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.

## Enforcing the Restraining Order in California

Any law enforcement officer in California who receives, sees, or verifies the orders on a paper copy, in the California Law Enforcement Telecommunications System (CLETS), or in an NCIC Protection Order File must enforce the orders.

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):**

1. *EPO:* If one of the orders is an *Emergency Protective Order* (Form EPO-001) and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.

2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.

3. *Criminal Order:* If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.

4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.



*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Restraining Order After Hearing (Order of Protection)* is a true and correct copy of the original on file in the court.

Date: SEP 29 2017 Clerk, by GWEN BROOKS-SWOPES , Deputy

## This is a Court Order.

| **DV-140** | **Child Custody and Visitation Order** | Case Number:<br>HF17847529 |
|---|---|---|

This form is attached to *(check one):* ☐ DV-110  ☑ DV-130

**(1)** **Name of Protected Person:** Valerie Ann De Clue     ☑ Mom  ☐ Dad  ☐ Other*

**(2)** **Other Parent's Name:** Alan Keith De Clue     ☐ Mom  ☑ Dad  ☐ Other*
   * If Other, *specify relationship to child:* _____

## The Court Orders:

**(3)** ☑ **Child Custody** is ordered as follows:

**Legal Custody to:** *(Person who makes decisions about health, education. Check at least one.)*

**Physical Custody to:** *(Person the child lives with. Check at least one.)*

| Child's Name | Date of Birth | Mom | Dad | Other* | Mom | Dad | Other* |
|---|---|---|---|---|---|---|---|
| a. Danica Alyssa De Clue | | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| b. | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ If more children, check here. Attach a sheet of paper and write *"DV-140, Child Custody"* for a title.

* If Other, *specify relationship to child and name of person:* _____

**(4)** ☑ **Child Visitation** is ordered as follows:
   a. ☐ No visitation to  ☐ Mom  ☐ Dad  ☐ Other *(name):* _____
   b. ☐ See the attached ___ ___ - page document, dated: _____
   c. ☐ The parties must go to mediation at: _____
   d. ☐ Until the next court order, visitation for ☐ Mom  ☐ Dad  ☐ Other *(name):* _____ will be:
   (1) ☐ **Weekends** *(starting):* _____ *(The 1st weekend of the month is the 1st weekend with a Saturday.)*
      ☐ 1st  ☐ 2nd  ☐ 3rd  ☐ 4th  ☐ 5th weekend of month
      from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
            *(day of week)*    *(time)*                    *(day of week)*        *(time)*
   (2) ☐ **Weekdays** *(starting):* _____
      from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
            *(day of week)*    *(time)*                    *(day of week)*        *(time)*
   (3) ☑ **Other Visitation**
      *Check here and attach a sheet of paper if there are other visitation days and times, like holidays, birthdays, sports events. List dates and times. Write "DV- 140, Other Visitation" for a title.*

**(5)** ☑ **Supervised Visitation or Exchange**
   Visits and/or exchanges of children are supervised as specified on Form DV-150, *Supervised Visitation and Exchange Order.*

> **This is a Court Order.**

Judicial Council of California, *www.courts.ca.gov*<br>Rev. January 1, 2012, Mandatory Form<br>Family Code, §§ 3020, 3022, 3040–3043, 3100, 6340,7604

**Child Custody and Visitation Order**<br>**(Domestic Violence Prevention)**

DV-140, Page 1 of 2<br>→

| Case Number: |
|---|
| HF17847529 |

**(6) ☐ Responsibility for Transportation for Visitation**
"Responsibility for transportation" means the parent will take or pick up the child or make arrangements for someone else to do so.

a. ☐ Mom ☐ Dad ☐ Other *(name):* _____ **take children to** the visits.

b. ☐ Mom ☐ Dad ☐ Other *(name):* _____ **pick up children from** the visits.

c. ☐ Drop-off / pick-up of children will be at *(address):*
_____

**(7) ☑ Travel with Children**
☑ Mom ☑ Dad ☐ Other *(name):* _____ *must* have written permission from the other parent, or a court order, to take the children outside of:

a. ☑ The State of California

b. ☑ The United States of America

c. ☐ Other place(s) *(list):* _____

**(8) ☐ Child Abduction**
There is a risk that one of the parents will take the children out of California without the other parent's permission. ☐ The orders in Form DV-145, *Order: No Travel with Children,* are attached and must be obeyed. *(Fill out and attach Form DV-145 to this form.)*

**(9) ☐ Other Orders**
*Check here and attach any other orders to this form. Write "DV-140, Other Orders" as a title.*

**(10) Jurisdiction**
This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with § 3400).

**(11) Notice and Opportunity to Be Heard**
The responding party was given reasonable notice and an opportunity to be heard as provided by the laws of the State of California.

**(12) Country of Habitual Residence**
The country of habitual residence of the child or children in this case is ☑ The United States of America or ☐ Other *(specify):* _____ .

**(13) Penalties for Violating This Order**
If you violate this order, you may be subject to civil or criminal penalties, or both.

**(14) Duration of Child Custody, Visitation, and Support Orders**
If this form is attached to Form DV-130 *(Restraining Order After Hearing),* the custody and visitation orders in this form remain in effect after the restraining orders on Form DV-130 end.

**This is a Court Order.**

| **DV-150** | **Supervised Visitation and Exchange Order** | Case Number:<br>HF17847529 |
|---|---|---|

This form is attached to  ☐ DV-110, *Temporary Restraining Order*      ☐ DV-130, *Restraining Order After Hearing*
☒ DV-140, *Child Custody and Visitation Order*

**(1)  Name of Protected Person:** Valerie De Clue          ☒ Mom  ☐ Dad  ☐ Other*

**(2)  Other Parent's Name:** Alan Keith De Clue          ☐ Mom  ☒ Dad  ☐ Other*

    *If Other, specify relationship to child: _____

## The Court Orders:

**(3)  Mediation, Visitation and Exchange**

  a. ☐ Parties must go to mediation at: _____
  b. ☒ Visitation of children is supervised.
      Parent to be supervised is: ☐ Mom  ☒ Dad  ☐ Other *(name):* _____
  c. ☐ Exchanges of children are supervised.

**(4)  Schedule of Supervised Visits**

  a. ☐ All visits as provided in the schedule on Form DV-140, item ④(d) are to be supervised.
  b. ☒ Supervised visits shall be  2  visit(s) per week of  3  hours(s) each, to be arranged with the provider.
  c. ☐ Other schedule of supervised visits is attached. *(Check here and attach a sheet of paper with "DV-150, Other Schedule" for a title.)*

**(5)  Type of Provider**

  a. ☐ Professional (individual or supervised visitation center)
  b. ☒ Nonprofessional

**(6)  Provider's Information**

  Name: Nancy Melanson
  Telephone number: 925-980-9066
  Address: _____

**(7)  Costs Will Be Paid As Follows:**

  ☐ Mom to pay: _____ %
  ☐ Dad to pay: _____ %
  ☐ Other: _____

**(8)  Contact With Provider**

  ☐ Mom to contact provider before *(date):* _____
  ☐ Dad to contact provider before *(date):* _____
  ☐ Other: _____

**(9)  The court also orders** *(specify):* _____
_____

**This is a Court Order.**

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | HF17848891 |

ATTACHMENT *(Number):* _____

*(This Attachment may be used with any Judicial Council form.)*

9/29/2017

DV-140 , Other Visitation

Court orders Respondent shall have supervised visitation; Respondent's sister shall supervise visits with minor and Respondent at her home per her availability.
Respondent's visitation: every other weekend for 2 days for 3 hours. On the off week, Respondent will have visits on Wednesday from 6pm - 9pm

Court orders an exception for civil standby to allow Respondent to obtain his personal property from 4006 Loch Lomond Way, Livermore CA

Previous custody and visitation orders not modified by this order remain in effect.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

*14334922*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CYNTHIA CAMPANILE, ESQ. SBN 103094<br>LAW OFFICES OF CYNTHIA CAMPANILE<br>7033 Village Parkway, Suite 201<br>Dublin, CA 94568<br>TELEPHONE NO.: (925) 829-0693      FAX NO. (Optional): (925) 829-4703<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): VALERIE ANN DE CLUE | **FILED**<br>ALAMEDA COUNTY<br><br>JUL 10 2017<br><br>CLERK OF THE SUPERIOR COURT<br>By _Michele Harken_<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 AMADOR STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: HAYWARD, CA 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE

PETITIONER/PLAINTIFF: VALERIE ANN DE CLUE

RESPONDENT/DEFENDANT: ALAN KEITH DE CLUE

OTHER PARTY:

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER:<br>HF17848891 |
|---|---|

1. This proceeding was heard
   on (date): May 2, 2017          at (time): 9:00 a.m.          in Dept.: 510          Room:
   by Judge (name): Jason A. Clay, Commissioner          ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed (date): 04/11/2017   by (name): Respondent
   a. ☒ Petitioner/plaintiff present                    ☒ Attorney present (name): Cynthia Campanile, Esq.
   b. ☒ Respondent/defendant present                    ☒ Attorney present (name): Matthew M. Oliveri, Esq.
   c. ☐ Other party present                             ☐ Attorney present (name):

**THE COURT ORDERS**

2. Custody and visitation/parenting time:   As attached   ☐ on form FL-341   ☐ Other   ☒ Not applicable

3. Child support:   As attached   ☐ on form FL-342   ☐ Other   ☒ Not applicable

4. Spousal or family support:   As attached   ☐ on form FL-343   ☐ Other   ☒ Not applicable

5. Property orders:   As attached   ☐ on form FL-344   ☐ Other   ☒ Not applicable

6. Attorney's fees   As attached   ☐ on form FL-346   ☐ Other   ☒ Not applicable

7. Other orders:   ☒ As attached   ☐ Not applicable

8. All other issues are reserved until further order of court.

9. ☐ This matter is continued for further hearing on (date):          at (time):          in Dept.:
   on the following issues:

Date: 6-17-□                                          7-10-17   ►  _Jason Clay_
                                                                      JUDICIAL OFFICER
Approved as conforming to court order.

► Matthew M. Oliveri, Esq.  _[signature]_
SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER/PLAINTIFF   ☒ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
FL-340 (Rev. January 1, 2012)

**FINDINGS AND ORDER AFTER HEARING**
(Family Law—Custody and Support—Uniform Parentage)

www.courts.ca.gov

De Clue, Valerie Ann

Marriage of De Clue, Valerie and Alan Keith
Alameda County Superior Court, Case No. HF17848891
Attachment 7 (Other Orders) to Findings and Order After Hearing

1.    Respondent shall have the right to return to the former family residence with a mutually agreed upon third party to retrieve his clothing, Corvette automobile, and his auto repair tools on a date to be mutually agreed upon by the parties.

2.    Counsel shall meet and confer to reach an agreement on the date for the retrieval of said items and with regard to a mutually agreed upon third party to accompany the Respondent to retrieve said items.

3.    The court shall appoint minor's counsel for the parties' daughter, Danica De Clue.  The court shall reserve jurisdiction to allocate and determine whether the parties or the County of Alameda shall be charged with the cost of minor's counsel.

4.    The parties shall file and serve Income and Expense Declarations prior to the May 26, 2017 hearing.

1

Attachment 7 (Other Orders) to Findings and Order After Hearing

| Date | Description | Pages | Price | Select |
|------|-------------|-------|-------|--------|
| | | | | ☐ |
| 10/5/2018 | Notice to Attorney re Notice of Appeal Filed | | | |
| 10/4/2018 | Case Status Questionnaire of Valerie Ann De Clue Filed | | | |
| 10/4/2018 | Proof of Service by Mail Filed | | | |
| 10/1/2018 | RFO - Family Law 10/09/2018 02:00 PM D- 510 | | | |
| 10/1/2018 | Notice of Motion and Motion to be Relieved as Counsel Filed for Respondent | | | |
| 10/1/2018 | Proposed Order Received | | | |
| 10/1/2018 | Case Management Conference Questionnaire Filed by Alan Keith De Clue | | | |
| 9/27/2018 | Hearing Reset to Family Law Status Conference 10/09/2018 09:00 AM D- 510 | | | |
| 9/27/2018 | Hearing Continued to RFO - Family Law dept: 510 date: 10/09/2018 time: 09:05 AM | | | |
| 9/27/2018 | RFO - Family Law Commenced and Continued | | | |
| 9/27/2018 | Notice of Appeal (Unlimited) Filed by Alan Keith De Clue | | | |
| 9/17/2018 | Proof of Service by Mail Filed | | | |
| 9/13/2018 | Declaration Re: Peremptory Challenge as to Jason Clay Denied | | | |
| 9/13/2018 | Rejection Letter Issued on Notice of Motion and Motion to be Relieved as Counsel | | | |
| 9/13/2018 | Proof of Service by Mail Filed | | | |
| 9/13/2018 | Proof of Service by Mail Filed | | | |
| 9/13/2018 | Proof of Service Filed | | | |
| 9/13/2018 | Declaration Re: Peremptory Challenge as to Jason Clay Filed for Alan Keith De Clue | | | |
| 9/13/2018 | Miscellaneous Respondent's Response to Petitioner's RFO Filed | | | |
| 9/12/2018 | Proof of Service by Mail Filed | | | |

<< < Page: 2 of 6 > >>

Add Item(s) to buy

MC-025

| SHORT TITLE: Valerie Ann De Clue | CASE NUMBER:<br>HF17847529 |
|---|---|

ATTACHMENT *(Number):* 1 _____     Page   1   of   1

*(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required)*

1.

2   (1)   ☐   Restrained party shall not cause any third party to do any act otherwise prohibited by this order.

3

4     03/07/2017

5     DV-140, Other Visitation

6     Family Court Services Recommendation dated 03/02/2017 is adopted as modified and made an order of

7     the court.

      Recommendation:
8     1. Timeshare: Mr. De Clue shall have custody of the child on the 2 days of the week Ms. De Clue is
      working and on alternating weekends from Friday 6pm until Sunday at 8:30pm and return to Ms. De Clue
9     on days minor is not at preschool. All other times not specified herein the child shall be with Ms. De Clue.
      When Ms. De Clue is working, she will drop minor child off to daycare or child care provider and Mr. Clue
10    will pick up child from daycare or child care provider.
      2. Exchanges: The exchanges shall occur at preschool when the preschool is open. The parties shall
11    exchange the child at the McDonald's on Santa Rita Rd. on days the child is not at preschool. Both
      counsel shall meet and confer to determine a location for exchanges if a change needs to be made.
12    3. Services: The parties shall abide by the following services:
      a. The child shall continue to participate in individual therapy with John Tomkins. The parties shall
13    alternate taking the child to her appointments.
      b. Mr. De Clue shall participate in an anger management class.
14
      The parties shall use FamilyWizard to communicate about the child.
15

16    DV-110, Other Orders

17    Petitioner will provide Respondent her work schedule one week before it begins.

18    Both parties shall share in the cost for minor's therapy and preschool/child care costs.

19    On Saturday, February 25, 2017, Respondent shall retrieve his clothing and a 1967 Shelby Mustang from
      the home by civil standby. Respondent will return the keys to the Jeep to Petitioner.

20

21

22

23

24

25

26

27   *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under
     penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]
**ATTACHMENT**
to Judicial Council Form
Cal. Rules of Court, rule 982

2002 © American LegalNet, Inc.

Superior Court of California, County of Alameda
Hayward Hall of Justice

| De Clue | No. HF17847529 |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                          Honorable   Jason Clay                , Commissioner

Cause called for trial: March 07, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..

The matter is on calendar for review of child visitation.

The parties had a meet and confer prior to the matter being called.

Both counsels had a brief meet and confer prior to the matter being called.

Both parties are sworn and testify.

The court adopts the stipulation of the parties as recited in open court by respondent's counsel on the record as the order of the court.

Petitioner's Request for Reissuance of the Temporary Restraining Order is Granted. This order shall expire on 05/26/2017.

The protected person's name is Valerie Ann De Clue. The restrained person's name is Alan Keith De Clue, Male,
Ht: 5'7, Weight: 125, Hair Color: Blonde,Eye Color: Blue,
Race: Caucasian, Age: 54, Born: 01/25/1963

In addition to the protected person, the following persons are protected by temporary personal conduct and stay-away orders: Danica Alyssa De Clue, Erin Renshaw, Briana Renshaw

This order expires at the date and time of the hearing: 05/26/2017 9:00 a.m.

No information has been provided to the judge about a criminal protective order.

To the restrained person: The court has granted the temporary orders listed below.

If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

Alan Keith De Clue must not do the following things to the protected people:

Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements.

Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means.

**Minutes**

M11220205

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

The restrained person must stay at least 100 yards away from:
Valerie Ann De Clue;
Danica Alyssa De Clue, Erin Renshaw, Briana Renshaw;
the home of the protected person;
the job or workplace of the protected person;

Child Custody and Visitation Order

The Child Custody is ordered as follows:

Danica Alyssa De Clue  , Born 12/20/2011 -  Legal Custody to Mom ; Physical Custody to Mom

Until the next court order, visitation for Dad will be:

Mom , Dad  must have written permission from the other parent, or a court order, to take the children outside of:
The State of California
The United States of America


This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with Â§ 3400).

The United States of America is the country of habitual residence of the child or children.

03/07/2017

DV-140, Other Visitation

Family Court Services Recommendation dated 03/02/2017 is adopted as modified and made an order of the court.

Recommendation:
1. Timeshare: Mr. De Clue shall have custody of the child on the 2 days of the week Ms. De Clue is working and on alternating weekends from Friday 6pm until Sunday at 8:30pm and return to Ms. De Clue on days minor is not at preschool. All other times not specified herein the child shall be with Ms. De Clue. When Ms. De Clue is working, she will drop minor child off to daycare or child care provider and Mr. Clue will pick up child from daycare or child care provider.
2. Exchanges:  The exchanges shall occur at preschool when the preschool is open.  The parties shall exchange the child at the McDonald's on Santa Rita Rd. on days the child is not at preschool.  Both counsel shall meet and confer to determine a location for exchanges if a change needs to be made.
3. Services: The parties shall abide by the following services:
a. The child shall continue to participate in individual therapy with John Tomkins. The parties shall alternate taking the child to her appointments.
b. Mr. De Clue shall participate in an anger management class.

The parties shall use FamilyWizard to communicate about the child.


DV-110, Other Orders

Petitioner will provide Respondent her work schedule one week before it begins.

Both parties shall share in the cost for minor's therapy and preschool/child care costs.

On Saturday, February 25, 2017, Respondent shall retrieve his clothing and a 1967 Shelby Mustang from the home by civil standby.  Respondent will return the keys to the Jeep to Petitioner.

Minutes of    03/07/2017

---

**Minutes**

Entered on      03/10/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By      _____

                                                    Deputy Clerk

**Minutes**

M11220205

Superior Court of California, County of Alameda
Hayward Hall of Justice

| De Clue | No. HF17848891 |
|---|---|
| Plaintiff/Petitioner(s) | |
| vs. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                        Honorable    Jason Clay_____ , Commissioner
Reporter        Leinaala Gray CSR# 2941

Called for Trial: July 21, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..
Third Party Danica Alyssa De Clue represented by Hicks Esq, Cheryl Lynn.

1:33 PM  Court, counsels, minor's counsel, and both parties are present and on the record.

Respondent's counsel makes an oral motion requesting Petitioner's witnesses in court today be excused from the courtroom.

The court denies the request to exclude Petitioner's witnesses.  The witnesses were excused without being subjected to recall.

Respondent's counsel makes an oral request to continue today's matter after Respondent's testimony to allow Respondent's witness to be present for testimony.

The court will rule on the request after today's testimony.

1:38 PM  Aaron Hill sworn for Respondent as a witness and under Direct Examination.

1:43 PM  Aaron Hill under Cross Examination.
1:50 PM  Aaron Hill under Re-Direct Examination.
1:54 PM  Aaron Hill under Court's Examination.
1:55 PM  Aaron Hill excused.

1:56 PM  Dalene Howe sworn for Respondent as a witness and under Direct Examination.

2:00 PM  Dalene Howe under Cross Examination.
2:01 PM  Dalene Howe under Cross Examination by minor's counsel.
2:03 PM  Dalene Howe under Re-Cross Examination.
2:03 PM  Dalene Howe excused.

2:04 PM  Chris Howe sworn for Respondent as a witness and under Direct Examination.
2:15 PM  Merry DeClue sworn for Respondent as a witness and under Direct Examination.

2:20 PM  Merry DeClue under Cross Examination.
2:24 PM  Merry DeClue under Cross Examination by minor's counsel.
2:27 PM  Merry DeClue under Re-Direct Examination.
2:28 PM  Merry DeClue excused.

2:30 PM  Justin Pinoni sworn for Respondent as a witness and under Direct Examination.

**Minutes**

M11512560

2:34 PM  Justin Pinoni under Cross Examination.
2:35 PM  Justin Pinoni under Cross Examination by minor's counsel.
2:36 PM  Justin Pinoni under Re-Direct Examination.
2:36 PM  Justin Pinoni excused.

2:38 PM  Nancy Melanson sworn for Respondent as a witness and under Direct Examination.

3:02 PM  Court takes an afternoon recess.

3:18 Pm  Court reconvenes.  Court, counsels, and both parties are present and on the record.

3:19 PM  Nancy Melanson sworn for Respondent as a witness resumes Direct Examination.

3:20 PM  Nancy Melanson under Cross Examination.
3:33 PM  Nancy Melanson under Cross Examination by minor's counsel.

3:34  The court takes a brief recess for Petitioner.

3:36 PM  Court reconvenes and all parties are present along with their counsel including minor's counsel.

3:45 PM  Nancy Melanson under Re-Direct Examination.
3:47 PM  Nancy Melanson under Re-Cross Examination.
3:50 PM  Nancy Melanson under Re-Direct Examination.
3:51 PM  Nancy Melanson under Court's Examination.
3:53 PM  Nancy Melanson under Cross Examination by Respondent's counsel.
3:53 PM  Nancy Melanson under Cross Examination by Petitioner's counsel after the court's examination.
3:55 PM  Nancy Melanson excused.

A discussion on the record regarding Respondent's rebuttal witness.

4:05 PM  Alan Keith De Clue sworn for Petitioner as a witness and under Direct Examination.

A discussion on the record regarding Respondent's rebuttal witness, an additional witness, and a reissuance date.

Petitioner's Request for Reissuance of the Temporary Restraining Order is Granted. This order shall expire on 09/26/2017.

The protected person's name is Valerie Ann De Clue.

Case continued to 02:00 PM on 09/26/2017 in Department 510, Domestic Violence Hearing, Hayward Hall of Justice, 24405 Amador Street, Hayward.

Minutes of   07/21/2017
Entered on   07/21/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By   _S. Michelle Hawkins_ digts/

Deputy Clerk

---

**Minutes**

M11512560

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department   510                     Honorable   Jason Clay                , Commissioner
Reporter        Kris Case, CSR

Cause called for hearing on December 12, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Thomas, Randy E..
Third Party Danica Alyssa De Clue not appearing.

Respondent's counsel states that he will work with Petitioner's counsel in finding a child custody evaluator.

The matter is continued for a further status conference hearing.

Case continued to 01:30 PM on 02/06/2018 in Department 510, Family Law Status Conference, Hayward Hall of Justice, 24405 Amador Street, Hayward.

Minutes of      12/12/2017
Entered on      12/18/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By        S. Mutselu Hawkins
                              digital
                                          Deputy Clerk

**Minutes**

M11850759

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department   510                    Honorable   Jason Clay                  , Commissioner
Reporter       Leinaala Gray CSR# 2941

Called for Hearing: April 26, 2017.

Petitioner Valerie Ann De Clue represented by Campanile, Cynthia.
Respondent Alan Keith De Clue not appearing represented by Matthew M. Oliveri not appearing.

Matter appears on calendar regarding Request for Order file April 11, 2017.

Matter is continued by agreement of the parties and counsel.

Case continued to 09:00 AM on 05/26/2017 in Department 510, RFO - Family Law, Hayward Hall of
Justice, 24405 Amador Street, Hayward.

Minutes of     04/26/2017
Entered on     04/26/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By   _Nadia Quintana_
                              Deputy Clerk

**Minutes**

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department   522                    Honorable   Toni Mims-Cochran          , Commissioner
Reporter        Zina Bailey, CSR #11267

Called for Hearing: April 10, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..

Per the Granted stipulation filed on 4/4/2017 that both cases are to be consolidated, this matter will be tansferred to Dept. 510 for further hearings.

This matter is Reset to 04/26/2017 at 9:00am.

Minutes of      04/10/2017
Entered on     04/11/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By      _Melisa Callender_ digital

Deputy Clerk

**Minutes**

M11289194

Law Offices of Cynthia Campanile
Attn: Campanile, Cynthia
7033 Village Parkway, Ste. 201
Dublin, CA   94568

Oliveri Law, LLP
Attn:  Oliveri, Matthew M.
2010 Crow Canyon Place
Suite 100
San Ramon, CA   94583

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

| | |
|---|---|
| De Clue<br><br>        Plaintiff/Petitioner(s)<br><br>VS.<br><br>De Clue<br>        Defendant/Respondent(s)<br>    (Abbreviated Title) | No. <u>HF17848891</u><br><br>Application Re: Peremptory Challenge<br>as to Toni Mims-Cochran Denied |

The peremptory challenge filed on March 22, 2017 is not in proper form and is therefore DENIED. A challenge must be directed against a specifically identified judicial officer, Code of Civil Procedure section 170.6(a)(2). The peremptory challenge in question is directed against Department 522 and does not identify the undersigned, or any judicial officer, as biased against respondent's interest, and is therefore not in conformity with the statute's requirements.

Dated:  03/23/2017

_____
Commissioner Toni Mims-Cochran

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                              Honorable   Jason Clay_____ , Commissioner

Called for Hearing: July 12, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..
Third Party Danica Alyssa De Clue represented by Hicks Esq, Cheryl Lynn.

The matter is reissued to be joined with the DV long-cause hearing.

Case continued to 01:30 PM on 07/21/2017 in Department 510, RFO - Family Law, Hayward Hall of
Justice, 24405 Amador Street, Hayward.

Both parties agree to vacate the hearing on 08/23/2017.

Hearing Vacated: RFO - Family Law 08/23/2017 09:00 AM D-510.

Minutes of    07/12/2017
Entered on    07/12/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By       S. Michelle Hawkins
                        digital
                                                   Deputy Clerk

**Minutes**

M11490558

Law Offices of Cynthia Campanile
Attn:  Campanile, Cynthia
7033 Village Parkway, Ste. 201
Dublin, CA   94568

Oliveri Law, LLP
Attn:  Oliveri, Matthew M.
2010 Crow Canyon Place
Suite 100
San Ramon, CA   94583

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

De Clue

Plaintiff/Petitioner(s)

VS.

De Clue

Defendant/Respondent(s)
(Abbreviated Title)

No. <u>HF17848891</u>

NOTICE OF HEARING (AMENDED)

RFO - Family Law on 07/31/2017 has been
vacated and rescheduled.

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above entitled action has been set for:

RFO - Family Law

You are hereby notified to appear at the following Court location on the date and
time noted below:

RFO - Family Law:
DATE: 07/21/2017    TIME: 01:30 PM    DEPARTMENT:  510
LOCATION:  Hayward Hall of Justice, 2nd Floor
24405 Amador Street, Hayward

Dated: 07/14/2017

Chad Finke   Executive Officer / Clerk of the Superior Court

By    _S. Michelle Hawkins_ digital

Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to
this cause.  I served this Notice by placing copies in envelopes addressed as shown hereon and then by
sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date
stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 07/14/2017.

By    _S. Michelle Hawkins_ digital

Deputy Clerk

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De Clue VS De Clue | HF17848891 |

ADDITIONAL ADDRESSEES

-- Third Party --
Law Offices of Cheryl Hicks
Attn:  Hicks Esq, Cheryl Lynn
1440 Broadway, #814
Oakland, CA   94612

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| vs. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                      Honorable    Jason Clay                  , Commissioner
Reporter        Leinaala Gray CSR# 2941

Called for Hearing: July 21, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..
Third Party Danica Alyssa De Clue represented by Hicks Esq, Cheryl Lynn.

The matter is reissued to 09/26/2017 at 2pm.

RFO - Family Law scheduled on 09/26/2017 02:00 PM in Department 510, Hayward Hall of Justice,
24405 Amador Street, Hayward.

Minutes of    07/21/2017
Entered on    07/24/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By   _S. Michael Hawkins_  _____
                    digital
                                              Deputy Clerk

**Minutes**

Superior Court of California, County of Alameda
Hayward Hall of Justice

**De Clue**
Plaintiff/Petitioner(s)

VS.

**De Clue**
Defendant/Respondent(s)
**(Abbreviated Title)**

No. HF17848891

**Minutes**

Department    510
Reporter      Leinaala Gray CSR# 2941

Honorable   Jason Clay                    , Commissioner

Called for Hearing: May 02, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..

The parties had a meet and confer prior to the matter being called.

Both parties are sworn and testify.

The parties agree that Respondent may retrieve his Corvette, auto mechanic tools, and possibly a transmission.  Respondent's counsel will submit proof that the transmission belongs to a 3rd party.

The parties will select a neutral 3rd party to retrieve Respondent's property.

The matter is passed to the afternoon calendar.

Case continued to 01:30 PM on 05/02/2017 in Department 510, RFO - Family Law, Hayward Hall of Justice, 24405 Amador Street, Hayward.

Minutes of    05/02/2017
Entered on    05/05/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By    _S. Michele Hawkins_
                    digital
                                        Deputy Clerk

**Minutes**

M11343385

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                     Honorable   Jason Clay_____ , Commissioner
Reporter       Leinaala Gray CSR# 2941

Called for Hearing: May 02, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..

The matter is recalled from the morning calendar.  Both parties and their counsel are present and on the record.

The parties were previously sworn and still under oath.

The court makes the following orders:

Beginning 05/06/2017, Mr. De Clue shall have supervised visitations with minor child every other weekend for 2 days for 3 hours each visit at Terra Firma.  On the off week, Mr. De Clue shall have supervised visitation on Wednesday from 6pm to 9pm at Terra Firma.  Both sides shall work out the 2nd day through their counsel.

Ms. De Clue's daughter may assist with bringing minor child to the visits and pick up after the visits.

Mr. De Clue shall pay the costs for the supervised visitation.

The court shall appoint counsel for the minor.

The court reserves jurisdiction over reallocation or determination of costs of minor's counsel at a later date.

Both parties are ordered to file and serve an updated Income and Expense Declaration before 05/26/2017.

The hearing on 05/26/2017 shall be maintained and the hearing on 06/06/2017 shall be reset to 06/20/2017 in D-510.

Scheduled Hearing of 09:00 AM on 06/06/2017 in Department 522, RFO - Family Law, was reset to 09:00 AM on 06/20/2017 in Department 510, RFO - Family Law, Hayward Hall of Justice, 24405 Amador Street, Hayward.

Minutes of    05/02/2017
Entered on    05/05/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By    S. Maxwell-Hawkins
                              digital

**Minutes**

M11343552

## Superior Court of California, County of Alameda
### Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17848891** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department   510                    Honorable   Jason Clay _____ , Commissioner
Reporter      Leinaala Gray CSR# 2941

Called for Hearing: May 26, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue represented by Chang, Jerry (Specially Appearing).

Cheryl Smith appearing for the minor.

Valerie Ann De Clue sworn for Petitioner as a witness and under Direct Examination.

Matter is on as continued from 04/26/2017 (HF17848891) and on for a related Domestic Violence
Hearing (HF17847529).

All parties agree to a continuance.

Mr. Oliveri has agreed to pay Ms. Campanile's attorneys fees for today.

Matter is set for a full day Domestic Violence Hearing on 07/12/2017 at 9:00 AM.

Pretrial order to issue.

Petitioner's Request for Reissuance of the Temporary Restraining Order is Granted.

The protected person's name is Valerie Ann De Clue.

Case continued to 09:05 AM on 07/12/2017 in Department 510, RFO - Family Law, Hayward Hall of
Justice, 24405 Amador Street, Hayward.

Minutes of    05/26/2017
Entered on    05/26/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By _____
                                    Deputy Clerk

**Minutes**

M11393183

Superior Court of California, County of Alameda
Hayward Hall of Justice

| | |
|---|---|
| **De Clue** | **No. HF17847529** |
| Plaintiff/Petitioner(s) | |
| VS. | **Minutes** |
| **De Clue** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

Department    510                        Honorable    Jason Clay            , Commissioner
Reporter      Leinaala Gray CSR# 2941

Cause called for trial: February 23, 2017.

Petitioner Valerie Ann De Clue appearing represented by Campanile, Cynthia.
Respondent Alan Keith De Clue appearing represented by Oliveri, Matthew M..

Both parties are sworn and testify.

Petitioner's Request for Reissuance of the Temporary Restraining Order is Granted.

The protected person's name is Valerie Ann De Clue.

In addition to the protected person, the following persons are protected by temporary personal conduct and stay-away orders: Danica Alyssa De Clue, Erin Renshaw, Briana Renshaw

This order expires at the date and time of the hearing: 05/26/2017 9:00am a.m.

No information has been provided to the judge about a criminal protective order.

To the restrained person: The court has granted the temporary orders listed below.

If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

Alan Keith De Clue must not do the following things to the protected people:

Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements.

Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means.

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

The restrained person must stay at least 100 yards away from:
Valerie Ann De Clue;
Danica Alyssa De Clue, Erin Renshaw, Briana Renshaw;
the home of the protected person;
the job or workplace of the protected person;
the children's school or childcare;

Child Custody and Visitation Order

**Minutes**

M11184076

The Child Custody is ordered as follows:

Danica Alyssa De Clue  , Born 12/20/2011 -  Legal Custody to Mom ; Physical Custody to Mom

Until the next court order, visitation for Dad will be:

Mom ,  Dad  must have written permission from the other parent, or a court order, to take the children outside of:
The State of California
The United States of America

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with Â§ 3400).

The United States of America is the country of habitual residence of the child or children.

02/23/2017

DV-140, Other Visitation

Respondent shall have non-professional supervised visitation with minor on Saturday, 02/25/2017 from 10am to 2pm and Sunday, 02/26/2017, from 10am to 2pm.

The visits shall be supervised by Delfina Calderon.  If she is not available, then both counsels shall meet and confer to choose another person.

DV-110, Other Orders

On Saturday, February 25, 2017, Respondent shall retrieve his clothing and a 1967 Shelby Mustang from the home by civil standby.  Respondent will return the keys to the Jeep to Petitioner.

Domestic Violence Hearing scheduled on 05/26/2017 09:00 AM in Department 510, Hayward Hall of Justice, 24405 Amador Street, Hayward.

The matter is continued for review of child visitation on 03/07/2017.

Domestic Violence Hearing scheduled on 03/07/2017 09:00 AM in Department 510, Hayward Hall of Justice, 24405 Amador Street, Hayward.

Referred to Family Court Services.

Minutes of      02/23/2017
Entered on      02/23/2017

Chad Finke  Executive Officer / Clerk of the Superior Court

By _____
                    digital

                                        Deputy Clerk

**Minutes**

M11184076