UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DECLUE,<br>       Plaintiff,<br><br>    v.<br><br>FAMILY LAW SERVICES, et al.,<br>       Defendants. | Case No. 20-cv-05808-PJH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 69 |

On December 30, 2020, the court ordered plaintiff to show cause why it should not dismiss his claims against the remaining defendants in this action, Valerie DeClue, Family Law Services, Inc, Terra Firma Diversion Services, and Bertha Cuellar, for failure to timely serve them. Dkt. 69. In that order, the court explained that plaintiff had not filed an executed summons showing service on each such defendant. Id. at 5-7. As an alternative to responding to the show cause order, the court permitted plaintiff an opportunity to serve each defendant and file amended proofs showing such service. Id. The court required plaintiff to respond to the December 30, 2020 order by January 15, 2021. Id. at 7. The court specifically cautioned that, if plaintiff fails to timely respond to the December 30, 2020 order, the court will dismiss the remainder of this action with prejudice under Rule 41(b). Id.

To date, plaintiff has failed to file any such response. Given that failure, the court **DISMISSES** this action **WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 25, 2021

                                            */s/ Phyllis J. Hamilton*
                                            PHYLLIS J. HAMILTON
                                            United States District Judge